

# Fourth Court of Appeals
## San Antonio, Texas

October 30, 2024

No. 04-24-00697-CV

**IN RE POST ACUTE MEDICAL AT SAN ANTONIO, LLC d/b/a WARM SPRINGS REHABILITATION HOSPITAL OF THOUSAND OAKS**, Relator

Original Proceeding[1]

### ORDER

On October 11, 2024, relator filed a petition for a writ of mandamus. and a motion for emergency relief. On October 14, 2024, relator filed an amended motion for emergency relief and real parties in interest filed a response to the motion for emergency relief.

On October 14, 2024, we denied emergency relief and the underlying matter proceeded to jury trial.

On October 23, 2024, relator notified this court that the jury trial had concluded and that this original proceeding is now moot.

Accordingly, relator's mandamus petition is DISMISSED as moot.

It is so **ORDERED** on October 30, 2024.

Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of October, 2024.

Luz Estrada, Chief Deputy Clerk

---

[1] This proceeding arises out of Trial Court No. 2022-CI-24350, styled *Alice Hudman, Individually, and on behalf of the Estate of Jerrell W. Hudman, Deceased, Joseph Hudman and Sean Hudman, Individually vs. Post Acute Medical at San Antonio, LLC d/b/a Warm Springs Rehabilitation Hospital of Thousand Oaks,* pending in the 131st Judicial District Court, Bexar County, Texas, the Honorable Norma Gonzales, presiding.